**LAQUER URBAN CLIFFORD & HODGE LLP**
Emily Z. Manninger, State Bar No. 248344
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
E-mail: manninger@luch.com

Counsel for Plaintiffs, Trustees of the
Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIPMENT TRUCKING CONTRACTING, INC., etc.<br><br>Defendants. | Case No.: CV 05-3582 CBM (VBKx)<br><br>ASSIGNED TO THE HONORABLE MAGISTRATE JUDGE VICTOR B. KENTON<br><br>**ORDER FOR APPEARANCE OF MARIA C. ARROYO-SOLVESO, OFFICER OF JUDGMENT DEBTOR**<br><br>DATE:         July 22, 2008<br>TIME:         10:00 a.m.<br>COURTROOM:  934-H |

Good cause appearing from the application of the Judgment Creditors,

**IT IS ORDERED** that Maria C. Arroyo-Solveso, appear in Courtroom 934-H of the United States Courthouse for the Central District of California, located at 312 N. Spring Street, Los Angeles, California 90012, on July 22, 2008, at 10:00 a.m., and answer questions concerning property subject to the judgment debtor's ownership and control, before the Honorable VICTOR B. KENTON, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that personal service upon the judgment debtor is required.  <u>See</u>, CCP Sec. 708.110(d).

**IT IS FURTHER ORDERED** that Ms. Arroyo-Solveso bring with her the following documents under her control, or under the control of her agents, attorneys or accountants **(photocopies may be produced in lieu of originals)**:

1. All financial statements prepared by or on behalf of Equipment Trucking Contracting, Inc, a California limited liability company (hereinafter "Equipment Trucking"), for the time period from January 1, 2006, through the present.

2. All monthly bank statements of Equipment Trucking for all of its checking accounts and all its savings accounts for the time period from January 1, 2006, through the present.

3. All savings account, pass books, certificates of deposit and trust certificates in the name of Equipment Trucking for the time period from January 1, 2006, through the present.

4. All negotiable instruments and negotiable securities in the name of Equipment Trucking, or owned by Equipment Trucking.

5. All accounts receivable of Equipment Trucking for the time period from January 1, 2006, through the present.

6. All evidence and memoranda of any ownership interest of Equipment Trucking in any corporation, partnership, unincorporated association or any business organized or conducted for production of income for the time period from January 1, 2006, through the present.

7. All evidence and memoranda of any income received by Equipment Trucking from January 1, 2006, through the present, to include but not limited to copies of tax returns, insurance proceeds, or repayment of loans.

8. All evidence and memoranda of any employer, or place of employment, of Equipment Trucking from January 1, 2006, through the present.

9. All evidence and memoranda of any employer, or place of employment, of Equipment Trucking from January 1, 2006, through the present.

10. All evidence of any ownership interest of Equipment Trucking, to include but not limited to bills of sale, pink slips or any other record of title, in any motor vehicle, airplane, boat, equipment or heavy machinery from January 1, 2006, through the present.

11. All evidence of any license, to include but not limited to business or professional license, issued by any city, county, state or any federal government agency or department in the name of Equipment Trucking and covering any period of time from January 1, 2006, through the present.

12. All evidence of any debts or payments owed to Equipment Trucking to include but not limited to those arising from loans or judgments, for the time period from January 1, 2006, through the present.

13. Any evidence that Equipment Trucking became or was the beneficiary of any trust or will since January 1, 2006.

14. Any and all evidence or other memoranda indicating that Equipment Trucking was either a plaintiff or a defendant in any lawsuit since January 1, 2006.

15. Any evidence and memoranda indicating that Equipment Trucking received any judgment, award, bequest or devise in any lawsuit or other court action since January 1, 2006.

16. Any evidence and memoranda indicating an ownership interest of Equipment Trucking in any patent, invention, trade name, or copyright.

17. Any evidence and memoranda indicating an ownership interest of Equipment Trucking in any real property or developments on real property.

1
2
3      18.    All subcontracts entered into by Equipment Trucking to perform construction
4 projects for the time period from January 1, 2006 through the present.
5      19.    All invoices for services performed by Equipment Trucking projects for the
6 time period from January 1, 2006, through the present.
7      20.    Equipment Trucking's cash disbursement journals and check registers for the
8 time period from January 1, 2006, through the present.
9 ///
10
**NOTICE TO JUDGMENT DEBTOR**
11
**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS**
12 **ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR**
13 **CONTEMPT OF COURT AND THE COURT MAY ORDER THAT YOU PAY THE**
14 **REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT**
15 **CREDITOR IN THIS PROCEEDING.**
16
17 DATED:___June 2, 2008___                         /s/
18                                          UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28