**LAQUER URBAN CLIFFORD & HODGE LLP**
Emily Z. Manninger, State Bar No. 248344
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
E-mail: manninger@luch.com

Counsel for Plaintiffs, Trustees of the
Operating Engineers Pension Trust, et al.

FILED
CLERK, U.S. DISTRICT COURT

JUL-2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EQUIPMENT TRUCKING CONTRACTING, INC., etc. <br><br> Defendants. | Case No.: CV 05-3582 CBM (VBKx) <br><br> ASSIGNED TO THE HONORABLE JUDGE CONSUELO B. MARSHALL <br><br> **ORDER TO SHOW CAUSE RE: CONTEMPT AND FOR SANCTIONS** <br><br> DATE: August 18, 2008 <br> TIME: 10:00 a.m. <br> COURTROOM: 2 |

///

///

///

///

///

///

///

///

///

///

- 1 -

1  Good cause appearing from the Motion for Order to Show Cause re: Contempt

2  and for sanctions filed herewith,

3  **IT IS HEREBY ORDERED** that Maria C. Arroyo-Solveso ("Arroyo-

4  Solveso"), Owner/CEO and officer of judgment debtor herein, appear before United

5  States District Judge Consuelo B. Marshall, at the U.S. Courthouse, located at 312

6  North Spring Street, Los Angeles, California in Courtroom 2, on August 18, 2008 at

7  10:00 a.m., to show cause, if any there is, why Arroyo-Solveso should not be

8  adjudged guilty of contempt of Court and punished accordingly for the willful action

9  of disobeying the Order of this Court to appear for examination and production of

10  documents and why sanctions should not be imposed on Arroyo-Solveso.

11

12  Dated: 7/2/08

13  UNITED STATES DISTRICT JUDGE

14

15  Presented by:

16

17  Dated: June 26, 2008        **LAQUER URBAN CLIFFORD & HODGE LLP**

18

19  By:_____

20  EMILY Z. MANNINGER
Attorney for Plaintiffs, Trustees of the Operating

21  Engineers Pension Trust, et al.

22

23

24

25

26

27

28